# Court of Appeals
# of the State of Georgia

ATLANTA,  August 13, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2493. HUNT v. OGLETHORPE UNIVERSITY, et al.**

The above-styled appeal was docketed in this Court on July 17, 2019. The Appellant's brief and enumeration of errors were to be filed in this Court by August 6, 2019. The brief and enumeration of errors were not filed by the due date. The Appellant attempted to file a brief without including the required filing fee or pauper's affidavit; that brief was returned.

This appeal is hereby DISMISSED. See Court of Appeals Rules 5, 7, 13, and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/13/2019*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*